■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES McGREW, Appellant. — Judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered April 7, 1983, affirmed (see, e.g., *People v Drummond,* 99 AD2d 760). Mollen, P. J., Titone, Lazer and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENNARO MUSTO, Appellant. — Judgment of the Supreme Court, Richmond County (Owens, J.), rendered January 14, 1983, affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Richmond County, for further proceedings pursuant to CPL 460.50 (subd 5). Rubin, J. P., Boyers, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT O., Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (McInerney, J.), imposed September 26, 1983. ¶ Sentence affirmed. No opinion. ¶ This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Mangano, Niehoff and Rubin, JJ., concur.